**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EYE SAFETY SYSTEMS, INC., | Case No. 19-cv-06005 |
| Plaintiff, | **Judge John J. Tharp, Jr.** |
| v. | **Magistrate Judge Jeffrey Cole** |
| 1CN7085, et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Eye Safety Systems, Inc. ("ESS" or "Plaintiff") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the ESS Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Good and Services |
|---|---|---|
| 4181665 | ESS | For: Eyewear; Spectacles in class 009. |
| 2449579 | ESS | For: Heavy-duty protective eyewear, namely, googles, and protective facemasks all for industrial use in class 009. |
| 2994352 | EYE SAFETY SYSTEMS | For: Heavy-duty protective eyewear, namely, goggles, spectacles, glasses, protective facemasks, all for industrial military, law enforcement and firefighting use in class 009. |
| 4304852 | | For: protective eyewear and component parts thereof and accessories therefor, namely, eyeglasses, sunglasses, eyeshields, goggles, ophthalmic frames, cases, and prescription lens carriers and prescription lenses therefor; protective eye shields and face shields for use with protective helmets; protective face masks for non-medical purposes; throat protectors for use with goggles and protective helmets; protective work gloves in class 009. |
| 4384991 | TOUGH FOR LIFE | For: protective eyewear and component parts thereof and accessories therefor, namely, eyeglasses, sunglasses, eyeshields, goggles, ophthalmic frames, cases, and prescription lens carriers and prescription lenses therefor; protective eye shields and face shields for use with protective helmets; protective face masks for non-medical purposes; throat protectors for use with goggles and protective helmets; protective work gloves in class 009. |

| | | |
|---|---|---|
| 4384990 | BUILT FOR BATTLE | For: protective eyewear and component parts thereof and accessories therefor, namely, eyeglasses, sunglasses, eyeshields, goggles, ophthalmic frames, cases, and prescription lens carriers and prescription lenses therefor; protective eye shields and face shields for use with protective helmets; protective face masks for non-medical purposes; throat protectors for use with goggles and protective helmets; protective work gloves in class 009. |
| 4384989 | BUILT FOR BATTLE. TOUGH FOR LIFE | For: protective eyewear and component parts thereof and accessories therefor, namely, eyeglasses, sunglasses, eyeshields, goggles, ophthalmic frames, cases, and prescription lens carriers and prescription lenses therefor; protective eye shields and face shields for use with protective helmets; protective face masks for non-medical purposes; throat protectors for use with goggles and protective helmets; protective work gloves in class 009. |
| 4377127 | CREDENCE | For: Eyewear; Sunglasses in class 009. |
| 3130949 | ADVANCER | For: Goggles having moveable lenses for sports and for protective uses in class 009. |
| 5291145 | CROSSBOW | For: Protective eyewear, namely, spectacles, eyeshields, goggles, eyeglasses and sunglasses in class 009. |
| 5291146 | CROSSBOW | For: Protective eyewear, namely, spectacles, eyeshields, goggles, eyeglasses and sunglasses in class 009. |
| 4704192 | Influx | For: Eyewear; safety goggles; goggles for sports in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*).

3

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1.  Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a.  using the ESS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine ESS product or not authorized by ESS to be sold in connection with the ESS Trademarks;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine ESS product or any other product produced by ESS, that is not ESS's or not produced under the authorization, control or supervision of ESS and approved by ESS for sale under the ESS Trademarks;

    c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of ESS, or are sponsored by, approved by, or otherwise connected with ESS;

    d.  further infringing the ESS Trademarks and damaging ESS's goodwill; and

    e.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for ESS, nor authorized by ESS to be

4

sold or offered for sale, and which bear any of ESS's trademarks, including the ESS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Internet Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall within three (3) business days of receipt of this Order:

    a.  disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the the ESS Trademarks;

    b.  disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the ESS Trademarks; and

    c.  take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3.  Pursuant to 15 U.S.C. § 1117(c)(2), ESS is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit ESS Trademarks on products sold through at least the Defendant Internet Stores.  The five hundred thousand dollar ($500,000) award shall

Case: 1:19-cv-06005 Document #: 49 Filed: 11/19/19 Page 6 of 10 PageID #:1314

apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

4.  Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Wish.com, and Amazon Pay, shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in ¶ 3 above) or other of Defaulting Defendants' assets.

5.  All monies (up to the amount of the statutory damages awarded in ¶ 3 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Wish.com, and Amazon Pay, are hereby released to ESS as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, are ordered to release to ESS the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

6.  Until ESS has recovered full payment of monies owed to it by any Defaulting Defendant, ESS shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall within two (2) business days:

    a.  locate all accounts and funds connected to Defaulting Defendants or the Defendant Internet Stores, including, but not limited to, any financial accounts connected to the

6

information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds that are not U.S.-based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all funds (up to the amount of the statutory damages awarded in ¶ 3 above) restrained in Defaulting Defendants' financial accounts to ESS as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that ESS identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, ESS may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Jason Groppe and any e-mail addresses provided for Defaulting Defendants by third parties.

8.    The ten thousand dollar ($10,000) surety bond posted by ESS is hereby released to ESS

or its counsel, Greer, Burns & Crain, Ltd.  The Clerk of the Court is directed to return the

surety bond previously deposited with the Clerk of the Court to ESS or its counsel.

This is a Final Judgment.

DATED: November 19, 2019

_____
John J. Tharp, Jr.
United States District Judge

Eye Safety Systems, Inc. v. 1cn7085, et al. - Case No. 19-cv-06005

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | 1cn7085 | 2 | akho25 |
| 3 | ansshop1 | 4 | artshop_4 |
| 5 | ben-yami | 6 | bestshopdeal1 |
| 7 | brianmadness | 8 | chengyanghy1114 |
| 9 | commitmenteam | 10 | dealshoop |
| 11 | dean_shuker | 12 | dengzhenbo818-6 |
| 13 | ep7426 | 14 | fengruxian27165 |
| 15 | g_point_store | 16 | harvest_store |
| 17 | inspire-market | 18 | itsara-0 |
| 19 | jamestoreshop | 20 | king_alexander |
| 21 | licheng-23 | 22 | life-styleone |
| 23 | liwe8090 | 24 | liyuntao07281 |
| 25 | maqing5413_0 | 26 | medmine-m2 |
| 27 | miriam-121 | 28 | onlinestoreformore |
| 29 | shopfriends2 | 30 | shop-happy99 |
| 31 | snow-pro | 32 | sunxinliang2151-9 |
| 33 | tunxiqu1013-1 | 34 | wenbo0205112_1 |
| 35 | wuliang47387 | 36 | wuyekafeiai |
| 37 | xx02 | 38 | yangcheng0012_0 |
| 39 | zhangjun197457_4 | 40 | zhengkuan2751_5 |
| 41 | Rtopnm | 42 | Chongqing Dongsheng Labor Protection Supplies Co., Ltd. |
| 43 | RuoskyGear Online Store | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/1cn7085 | 2 | ebay.com/usr/akho25 |
| 3 | ebay.com/usr/ansshop1 | 4 | ebay.com/usr/artshop_4 |
| 5 | ebay.com/usr/ben-yami | 6 | ebay.com/usr/bestshopdeal1 |
| 7 | ebay.com/usr/brianmadness | 8 | ebay.com/usr/chengyanghy1114 |
| 9 | ebay.com/usr/commitmenteam | 10 | ebay.com/usr/dealshoop |
| 11 | ebay.com/usr/dean_shuker | 12 | ebay.com/usr/dengzhenbo818-6 |
| 13 | ebay.com/usr/ep7426 | 14 | ebay.com/usr/fengruxian27165 |
| 15 | ebay.com/usr/g_point_store | 16 | ebay.com/usr/harvest_store |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 17 | ebay.com/usr/inspire-market | 18 | ebay.com/usr/itsara-0 |
| 19 | ebay.com/usr/jamestoreshop | 20 | ebay.com/usr/king_alexander |
| 21 | ebay.com/usr/licheng-23 | 22 | ebay.com/usr/life-styleone |
| 23 | ebay.com/usr/liwe8090 | 24 | ebay.com/usr/liyuntao07281 |
| 25 | ebay.com/usr/maqing5413_0 | 26 | ebay.com/usr/medmine-m2 |
| 27 | ebay.com/usr/miriam-121 | 28 | ebay.com/usr/onlinestoreformore |
| 29 | ebay.com/usr/shopfriends2 | 30 | ebay.com/usr/shop-happy99 |
| 31 | ebay.com/usr/snow-pro | 32 | ebay.com/usr/sunxinliang2151-9 |
| 33 | ebay.com/usr/tunxiqu1013-1 | 34 | ebay.com/usr/wenbo0205112_1 |
| 35 | ebay.com/usr/wuliang47387 | 36 | ebay.com/usr/wuyekafeiai |
| 37 | ebay.com/usr/xx02 | 38 | ebay.com/usr/yangcheng0012_0 |
| 39 | ebay.com/usr/zhangjun197457_4 | 40 | ebay.com/usr/zhengkuan2751_5 |
| 41 | wish.com/merchant/5888705af17aca4d739e7398 | 42 | cqdongsheng.en.alibaba.com |
| 43 | aliexpress.com/store/2671184 | | |